1068

No. 11–6690. ARMSTRONG v. BRUNSMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–6698. VASQUEZ v. YATES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–6704. COLE v. DAVIS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–6707. PICKETT v. ROLLINS ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–6714. ESCARENO v. EVANS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6747. GATES v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 11–6771. MOYA-FELICIANO v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–6776. MOORE v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–6778. KLAUDT v. DOOLEY, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–6787. CASTLE v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–6796. SHEEHAN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–6801. MASON v. GODINEZ, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. App. Ct. Ill., 4th Dist. Certiorari denied.

